**Opinion issued March 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00255-CV

———————————

## IN RE AARRON MARROQUIN AND INTEGRATED AV SYSTEMS, LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, Aarron Marroquin and Integrated AV Systems, LLC, filed a petition for writ of mandamus late on March 20, 2015, seeking to compel the respondent trial court to vacate its oral orders, made on March 20, 2015, denying the relators' second motions for a continuance of the jury trial set for March 23, 2015, and to strike expert witnesses, and to vacate the trial court's oral order, made on March 13, 2015, denying relators' motion to compel real party in interest Javier

Garcia to submit to a medical examination.[1]  On Saturday, March 21, 2015, relators submitted a motion for emergency relief, which was not filed in this Court until March 23, 2015, seeking a stay of the jury trial set for March 23, 2015, pending resolution of their petition.  On March 23, 2015, the real parties in interest, Javier Garcia and Donovan Escobar Ruiz, filed a response to relators' motion.

We **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).  We **dismiss** the motion for emergency relief as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

---

[1]  The underlying case is *Javier Garcia and Donovan Escobar Ruiz v. TXL Holding Corp., Troxell Communications, Inc., and Aarron Marroquin*, Cause No. 2012-75578, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.